JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER McGRATH, | Case No. 2:19-cv-07796-MWF-PJW |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. BARD, INC., AND BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on May 10, 2022. The Parties stipulate and agree that the above-captioned case be dismissed *without prejudice*, with each party to bear its own costs. (*See*, Fed. R. Civ. P. 41(a)(1)(A)(ii)).

IT IS ORDERED that the case is hereby **CLOSED.**

SIGNED this 10th day of May, 2022.

_____
MICHAEL W. FITZGERALD
United States District Judge